IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

O.K. SALES, INC.

    Plaintiff

v.

CELTIC CABINETRY & MILLWORK,
A DIVISION OF D&L HOLDING
GROUP, INC.; D&L HOLDING
GROUP, INC.; and DAVID GLEASON

    Defendants

3:17-CV-1372
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 6th DAY OF JUNE, 2018, upon consideration of Plaintiff O.K. Sales, Inc.'s "Praecipe for Entry of Default Judgment" (Doc. 9), in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion (Doc. 9) is **GRANTED**.

2. Default Judgment is hereby entered in **FAVOR** of Plaintiff O.K. Sales, Inc. and **AGAINST** Defendants Celtic Cabinetry & Millwork, a division of D&L Holding Group, Inc., D&L Holding Group, Inc., and David Gleason, in the amount of $205,168.95.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge